UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Carlos Peguero Delrosa.

Defendant.

12-cr-639 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On October 21, 2019, the Court ordered defendant to file his opening brief for his 28 U.S.C. § 2255 by October 25, 2019. Dkt. No. 48. Defendant has not filed a brief in support of his motion. Defendant is instructed to provide either a brief or a status update by February 1, 2021. Failure to comply with this order may result in dismissal for failure to prosecute.

SO ORDERED.

Dated: January 12, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge