UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2021

United States,

–v–

Carlos Peguero Delrosa.

Defendant.

12-cr-639 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Defendant must file his opening brief in support of his 28 U.S.C. § 2255 motion by March 30, 2021 or that motion will be dismissed for failure to prosecute. The Clerk is respectfully directed to mail a copy of this Order, along with a copy of the Order at Dkt. No. 47, to Defendant.

SO ORDERED.

Dated: February 8, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge