UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/16/2021

United States,

–v–

Carlos Peguero Delrosa.

Defendant.

12-cr-639 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

It appears that the Petitioner was released from custody on January 31, 2018. Because he did not update the Court with a new mailing address, the Court has been unable to mail him its February 8, 2021 Order or this Order.

The Petitioner has not responded to multiple Court orders to file his opening brief for his § 2255 motion. *See* Dkt. Nos. 33, 34, 44, 48, 49, 50. Per the Court's most recent order, Dkt. No. 50, if Defendant does not file by March 30, 2021, his motion will be dismissed for failure to prosecute.

SO ORDERED.

Dated: February 10, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge